

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In Re: Waste Management of Texas, Inc.

No. 06-12-00097-CV

Original Mandamus Proceeding

Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

We hereby lift the stay granted at Waste Management's request, and we hereby restart the sixty-day period for compliance with the trial court's order as of this date.

RENDERED JANUARY 18, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk